# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**PAULA B. MITCHELL,**
        Petitioner,

vs.                                                                            Case Number:   **07-3020**

**STATE OF ILLINOIS and SANGAMON COUNTY ADULT PROBATION DEPT.,**
        Respondents

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Jeanne E. Scott, the Petitioner's petition under 28 U.S.C. § 2254 for a writ of habeas corpus [d/e 1] is DENIED.  This case is closed.

ENTER this 23rd day of May 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY:  DEPUTY CLERK