## SEVENTH CIRCUIT APPEAL INFORMATION SHEET

*Include names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use separate sheet if needed.*

*District:* Central District of Illinois            *Docket No.:* 07-3020

*Division:* Springfield Division

### Plaintiff (Petitioner)   Short Caption   Defendant (Respondent)

Paula B. Mitchell            *v.*   State of Illinois, et al.

---

**Current Counsel for Plaintiff (Petitioner):**         **Current Counsel for Defendant (Respondent):**

*(Use separate sheet for additional counsel)*

*Name:* Paula B. Mitchell                               *Name:*

*Firm:*                                                 *Firm:*

*Address:* 1837 Taylor Ave                              *Address:*
           Springfield, IL 62703

*Phone:*                                                *Phone:*

---

*Judge:* Jeanne E. Scott                *Nature of Suit Code:* 530

*Court Reporter:* Kathy Sullivan        *Date Filed in District Court:* 1/22/2007

                                        *Date of Judgment:* 5/23/2007

                                        *Date of Notice of Appeal:* 6/11/2007

*Counsel:* ___Appointed    ___Retained   ✘ Pro Se

*Fee Status:* ___Paid    ✘ Due    ___IFP    ___IFP Pending    ___U.S.    ___Waived

(Please mark only 1 item above)

Has Docketing Statement been filed with the District Court's Clerk's Office:    ___Yes    ✘ No

If 28 U.S.C. §2254 or 28 U.S.C. §2255, was certificate of appealability: ___granted, ___denied; ✘ pending

If certificate of appealability was granted or denied, what is the date of the order: _____

If Defendant is in Federal custody, please provide United States Marshal number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(a).**