IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PAULA B. MITCHELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-3020 |
| ) | |
| STATE OF ILLINOIS and SANGAMON ) | |
| COUNTY ADULT PROBATION DEPT., ) | |
| ) | |
| Respondents. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

In an Opinion and Order entered on May 22, 2007, the Court denied Paula B. Mitchell's petition under 28 U.S.C. § 2254 for a writ of habeas corpus. Pending is the Petitioner's motion for a certificate of appealability.

Pursuant to 28 U.S.C. § 2253(c)(1)(A) and Federal Rule of Appellate Procedure 22(b)(1), the district court must issue a certificate of appealability authorizing the appeal of the denial of a post-conviction petition for a writ of habeas corpus. "A certificate of appealability may issue

1

under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court concludes that the Petitioner has made no such showing.

<u>Ergo</u>, the Petitioner's motion for the issuance of a certificate of appealability [d/e 5] is DENIED.

ENTER: June 13, 2007

                FOR THE COURT:

                              s/Richard Mills
                              United States District Judge

under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Court concludes that the Petitioner has made no such showing.

<u>Ergo</u>, the Petitioner's motion for the issuance of a certificate of appealability [d/e 5] is DENIED.

ENTER: June 13, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge