**E-FILED**

Wednesday, 25 July, 2007  09:00:56 AM
Clerk, U.S. District Court, ILCD

# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

### NOTICE OF ISSUANCE OF MANDATE

DATE:    July 20, 2007

**FILED**

JUL 2 4 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TO:      John M. Waters
         United States District Court
         Central District of Illinois
         151 U.S. Courthouse
         600 E. Monroe Street
         U.S. Courthouse & Federal Building
         Springfield, IL  62701

FROM:    Clerk of the Court

RE:      07-2425
         Mitchell, Paula B. v. Thorchia, Michael
         07 C 3020, Richard Mills, Judge

         Herewith is the mandate of this court in this appeal.
         A certified copy of the opinion/order of the court
         shall constitute the mandate.

         There was no record filed with this court in this cause.

         Copies of this notice sent to:        Counsel of record

         [ ]      United States Marshal

         [ ]      United States Probation Office

         Please acknowledge receipt of these documents on the enclosed copy
         of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

         Received above mandate from the Clerk, U.S.  Court of Appeals for
         the Seventh Circuit.

Date: _____7/24/07_____          _____S/ B. HANSEN_____
(1202-052495)                             Deputy Clerk, U.S. District Court

CERTIFIED COPY

# United States Court of Appeals

## For the Seventh Circuit

## Chicago, Illinois 60604

### DISMISSAL PER CIRCUIT RULE 3(b)

Date: July 20, 2007

By the Court:

No. 07-2425

PAULA B. MITCHELL,
            Petitioner - Appellant

    v.

MICHAEL THORCHIA,
            Respondent - Appellee

Appeal from the United States District Court for the
Central District of Illinois
No. 07 C 3020, Richard Mills, Judge

      This cause, docketed on 6/19/07, is **DISMISSED** for
failure to timely pay the required docketing fee, pursuant
to Circuit Rule 3(b).

(1030-110293)

A True Copy:
        Testa:

Desree St Cermis Deputy

        the United States
    of Appeals for the
Seventh Circuit